UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

KIRWAN SURGICAL PRODUCTS, INC.,

*Plaintiff*,

v.

LINK TECHNOLOGY, INC., d/b/a
SILVERGlide SURGICAL TECHNOLOGIES,
INC.,

*Defendant*.

---

## COMPLAINT OF KIRWAN SURGICAL PRODUCTS, INC.

Plaintiff Kirwan Surgical Products, Inc. ("Kirwan") brings this action against Defendant Link Technology, Inc. d/b/a SILVERGlide Surgical Technologies, Inc. ("Link") for violation of the Copyright Act, the Lanham Act, and Massachusetts General Laws c. 93A. This Complaint is based on Link's copying of a protected image from Kirwan's marketing materials and attempting to deceive consumers into believing that Link's product was actually Kirwan's product. Through this conduct, Link created market confusion and usurped goodwill that Kirwan had accumulated over years of experience in the surgical-device industry.

### Jurisdiction and Venue

1. This action arises under the Copyright Act of 1976, 17 U.S.C. section 101, et seq., and the Lanham Act of 1946, 15 U.S.C. section 1051, et seq. This Court's jurisdiction is based upon 28 U.S.C. sections 1331, 1338(a), and 1338(b), and its supplemental jurisdiction.

2. Venue is proper in this district under 28 U.S.C. sections 1391 and 1400(a).

BO:135559v1

## Parties

3.     Kirwan is a Massachusetts corporation with a principal place of business at 180 Enterprise Drive, Marshfield, Massachusetts 02050.

4.     Upon information and belief, Link is a corporation organized under the laws of Colorado with its principal place of business at 5398 Manhattan Circle, Suite 120, Boulder, Colorado 80303.

## Factual Background

5.     Kirwan is a leading manufacturer of electrosurgical devices and has been manufacturing dual-contact surgical forceps for over twenty years.

6.     Upon information and belief, Kirwan produces more electrosurgical forceps than any manufacturer in the country for sale to sales representatives who then sell the products to medical suppliers.

7.     In keeping with this mission, Kirwan created an original image for inclusion in its marketing materials (the "Brochure Image"). See Kirwan Brochure Cover, attached hereto as Exhibit A.

8.     Kirwan began distributing these marketing materials, including the Brochure Image, to the public on or about January 2, 1998.

9.     The Brochure Image contains material wholly original to Kirwan with respect to the manner in which the objects in the image are presented.

10.    In or around December 2004, Kirwan applied for copyright protection for the Brochure Image. Such protection issued on December 27, 2004. A true and correct copy of this Certificate of Registration is attached hereto as Exhibit B.

11. Kirwan is, and at all relevant times has been, the sole proprietor of all right, title, and interest in and to the copyright in the Brochure Image.

12. Link entered the field of electrosurgical manufacturing relatively recently, in or around 1999. Link only began manufacturing forceps in or around 2002.

13. Upon information and belief, Link knowingly and willfully copied Kirwan's Brochure Image with the purpose of infringing Kirwan's copyright.

14. Since in or around 2003, Link has been reproducing and distributing marketing material which includes an image substantially similar to that of the Brochure Image. See Link Brochure, attached hereto as Exhibit C.

15. Upon information and belief, Link is using the Brochure Image in an effort to deceive the public into believing that Link's products are actually Kirwan's products, which are more reputable and better known within the industry.

16. The use of the Brochure Image makes Link's brochure deceptively similar to Kirwan's brochure and, upon information and belief, is used in a manner calculated to make Link's products confusingly similar to Kirwan's.

17. Link's wrongful conduct has deprived, and will continue to deprive, Kirwan of the benefit of its marketing materials and goodwill, and will injure Kirwan's relations with present and prospective consumers.

18. Kirwan believes that it has lost, and will continue to lose, substantial revenues as a result of Link's infringement of the Brochure Image.

## COUNT I
### (Copyright Infringement -- 17 U.S.C. §§ 101, et seq.)

19. Kirwan repeats and realleges the allegations set forth in paragraphs 1-18.

20. By its actions as alleged above, Link has infringed, and will continue to infringe on, Kirwan's copyrighted interest in the Brochure Image by marketing its products using an infringing brochure.

21. Upon information and belief, Link's knowing, willful, and deliberate infringement of Kirwan's rights has greatly diminished the value of Kirwan's copyright interest in the Brochure Image.

22. Kirwan has no adequate remedy at law. Kirwan is entitled to an injunction restraining Link from engaging in any further such acts in violation of the copyright laws.

23. Kirwan is further entitled to recover from Link the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits, and advantages obtained by Link as a result of Link's willful acts of infringement as alleged above. At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Kirwan.

## COUNT II
### (False Designation of Origin and False Description--15 U.S.C. 1125)

24. Kirwan repeats and realleges the allegations set forth in paragraphs 1-23.

25. Link's use of the infringing Brochure Image on, and in connection with, its sales and marketing materials is a knowing and willful use of a false designation of origin and a false description or representation that wrongly and falsely designates the products distributed by Link as originating from or connected with Kirwan, and constitutes utilizing false descriptions or representations in commerce.

26. The use by Link of the Brochure Image is likely to cause confusion, mistake, or deception as to (1) the affiliation, connection, or association, and/or (2) the origin, sponsorship, or approval, of Link's products.

27. Link's imitation, copying, and unauthorized use of the Brochure Image causes irreparable injury to Kirwan, including injury to its business reputation and goodwill and dilution of the distinctive quality of the Brochure Image.

28. By reason of the foregoing, Link has violated, and is continuing to violate, 15 U.S.C. section 1125.

29. Kirwan is entitled to an injunction restraining Link, its officers, agents and employees, and all persons acting in concert with it, from engaging in any further acts in violation of 15 U.S.C. section 1125.

30. Kirwan is further entitled to recover from Link the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits or advantages obtained by Link as a result of Link's acts alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Kirwan.

### COUNT III
### (VIOLATION OF G.L. C. 93A)

31. Kirwan repeats and realleges the allegations set forth in paragraphs 1-30.

32. At all relevant times hereto, Kirwan was engaged in trade or commerce.

33. At all relevant times hereto, Link was engaged in trade or commerce.

34. Link has, without authorization, knowingly, intentionally, and maliciously imitated and adopted marketing materials for its products that deliberately imitate Kirwan's materials.

35. Link has sent these materials into the Commonwealth of Massachusetts.

36. By reason of Link's infringements and misuse, Kirwan has sustained and will continue to sustain injury, loss and damage to its ownership rights.

37.  Link's wrongful acts have caused and will continue to cause Kirwan substantial injury, including loss of customers, dilution of Kirwan's goodwill, confusion of existing and potential customers, injury to its reputation, and diminution of the value of its products.

38.  Link's acts and practices constitute unfair business practices proscribed by G.L. c. 93A, §§ 2 and 11.

39.  Link's violations of G.L. c. 93A, §§ 2 and 11 were both knowing and willful.

40.  As a result of Link's violations of G.L. c. 93A, §§ 2 and 11, Kirwan has suffered damages in an amount to be determined at trial.

WHEREFORE, Kirwan respectfully requests that this Court grant it the following relief:

a.  Enter judgment against Link under Counts I, II and III

b.  Grant permanent injunctive relief enjoining and restraining Link from using the Brochure Image, or from operating in a way that has the effect of copying or imitating any of Kirwan's materials.

c.  Order that Link account to Kirwan for all proceeds derived through Link's willful acts of infringement.

d.  Award Kirwan actual damages or statutory damages under Count I;

e.  Award Kirwan actual damages under Count II;

f.  Award Kirwan up to three times its actual damages under Counts II and III;

g.  Award Kirwan attorneys' fees and costs; and

h.  Grant such other and further relief as this Court deems just and proper.

## JURY DEMAND

Kirwan hereby demands a trial by jury of all claims so triable.

Respectfully submitted,

KIRWAN SURGICAL PRODUCTS, INC.,

By its attorneys,

/s/ Thomas I. Elkind
Thomas I. Elkind (BBO #153080)
Erica Templeton Spencer (BBO # 651967)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

Date: February 4, 2005



# Certificate of Registration

Kirwan-C001XX



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-260-236**

Effective Date of Registration: Dec 27 2004

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**Title of This Work ▼**  Kirwan Surgical Products Photograph

**NATURE OF THIS WORK ▼** See Instructions  Catalog Cover Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NAME OF AUTHOR ▼**
a  Bruce W Orcutt

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1951    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  United States
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship**  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship**  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3**

a  **Year in Which Creation of This Work Was Completed**  1997
This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January  Day 2  Year 1998
United States    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Kirwan Surgical Products, Inc
180 Enterprise Drive
Marshfield, MA 02050  USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 27 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 27 2004
FUNDS RECEIVED

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Express Mail No

| EXAMINED BY JW | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office
☐ Yes ☒ No  If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6 a**
See instructions before completing this space

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼    Account Number ▼

**7 a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Beverly E Hjorth
Weingarten, Schurgin, Gagnebin & Lebovici LLP
Ten Post Office Square
Boston, MA  02109

Area code and daytime telephone number  (617) 542 2290    Fax number  (617) 451 0313
Email bhjorth@wsglip com

**b**

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Scott A Kirwan                                                Date December 9, 2004

Handwritten signature (X) ▼
X _[signature]_

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Weingarten, Schurgin, Gagnebin & Lebovici LLP Number/Street/Apt ▼ Ten Post Office Square City/State/ZIP ▼ Boston, MA  02109 | • Complete all necessary spaces • Sign your application in space 8 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material MAIL TO Library of Congress Copyright Office 101 Independence Avenue S E Washington, D C 20559-6000 |
|---|---|---|

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⓟ Printed on recycled paper                    U S Government Printing Office 2003-496-605  60 029

# SILVERGlide®
## NON-STICK

- *Eliminates the frustration of sticking and scraping tissue from the forceps tips*
- *Works with standard electrosurgical generators*
- *Reusable / steam autoclave*

## NEVER AGAIN!
have tissue stick to your bipolar forceps

