UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIRWAN SURGICAL PRODUCTS, INC., )
)
*Plaintiff*, )
)
v. )
) No. 10229 REK
LINK TECHNOLOGY, INC., d/b/a )
SILVERGLIDE SURGICAL TECHNOLOGIES, )
INC., )
)
*Defendant*. )
)

## CORPORATE DISCLOSURE STATEMENT OF KIRWAN SURGICAL PRODUCTS, INC.

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Kirwan Surgical Products, Inc. ("Kirwan") hereby states that, at the present time, Kirwan has no parent corporation and no publicly held corporation owns any of Kirwan's stock. If necessary, Kirwan will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

Respectfully submitted,

KIRWAN SURGICAL PRODUCTS, INC.,

By its attorneys,

_____
Thomas I. Elkind (BBO #153080)
Erica Templeton Spencer (BBO # 651967)
FOLEY & LARDNER
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

Date: February 4, 2005