UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> LINK TECHNOLOGY, INC., d/b/a ) <br> SILVERGLIDE SURGICAL TECHNOLOGIES, ) <br> INC., ) <br> ) <br> Defendant. ) | Civil Action No:  05-CV-10229-REK |

### ASSENTED TO MOTION TO ENLARGE TIME TO FILE RESPONSE TO PLAINTIFF KIRWAN SURGICAL PRODUCT, INC.'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant Link Technology, Inc. d/b/a SILVERGlide Surgical Technologies, Inc. ("SILVERGlide") moves to file its response to plaintiff Kirwan Surgical Products, Inc.'s complaint more than twenty days after service of the complaint. In support of this Motion, SILVERGlide states the following:

1. Kirwan served its complaint on SILVERGlide on or about February 10, 2005.

2. The parties previously agreed that Kirwan would not object to SILVERGlide serving and filing its response to the complaint on March 11, 2005.

3. Kirwan assents to this motion.

| | |
|---|---|
| Assented to by: | LINK TECHNOLOGY, INC., d/b/a SILVERGLIDE SURGICAL |
| **KIRWAN SURGICAL PRODUCTS, INC.,** | **TECHNOLOGIES, INC.,** |
| By its attorneys, | By its attorneys, |
| _____/s/_____ | _____/s/_____ |
| **Thomas I. Elkind (BBO #153080)** | **Neil P. Motenko (BBO #358160)** |
| **Erica Templeton Spencer (BBO #651967)** | **Scott A. McQuilkin (BBO #643328)** |
| **FOLEY & LARDNER LLP** | **NUTTER, McCLENNEN & FISH, LLP** |
| 111 Huntington Avenue | World Trade Center West |
| Boston, MA  02199 | 155 Seaport Boulevard |
| (617)342-4000 | Boston, MA  02210-2604 |
| | (617)439-2000 |
| | **Of Counsel:** |
| | James E. Hartley |
| | Conor F. Farley |
| | **HOLLAND & HART, LLP** |
| | 555 17th Street, Suite 3200 |
| | Denver, CO  80202 |
| | (303)295-8000 |
| **Dated: March 11, 2005** | |

**1411185.1**