UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC.,<br><br>       Plaintiff,<br><br>LINK TECHNOLOGY, INC., d/b/a<br>SILVERGLIDE SURGICAL TECHNOLOGIES,<br>INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No: 05-CV-10229-REK<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF**
**LINK TECHNOLOGY, INC., d/b/a**
<u>**SILVERGLIDE SURGICAL TECHNOLOGIES, INC.**</u>

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, defendant Link Technology, Inc., d/b/a Silverglide Surgical Technologies, Inc. ("SILVERGlide") hereby states that, at the present time, SILVERGlide has no parent corporation and no publicly held corporation owns any of SILVERGlide stock. If necessary, SILVERGlide will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

Respectfully submitted,

LINK TECHNOLOGY, INC., d/b/a
SILVERGLIDE SURGICAL
TECHNOLOGIES, INC.,

By its attorneys,

_____/s/_____
Neil P. Motenko (BBO #358160)
Scott A. McQuilkin (BBO #643328)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
617-439-2000

Of Counsel:

James E. Hartley
Conor F. Farley
HOLLAND & HART, LLP
555 17th Street, Suite 3200
Denver, CO  80202
(303)295-8000

Date:  March 11, 2005

1410992.1