AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KIRWAN SUGICAL PRODUCTS, INC.

V.

LINK TECHNOLOGY, INC. d/b/a SILVERGLIDE SURGICAL TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10229 REK

FILED IN CLERKS OFFICE
2005 MAR 14 P 3:23
US DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of defendant)

Link Technology, Inc., d/b/a Silverglide
Surgical Technologies, Inc.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas I. Elkind
Foley & Lardner LLP
111 Huntington Ave.
Boston, MA 02199

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    February 4, 2005
CLERK                                           DATE

[signature]
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _Service on Link Technology, Inc. dba Silverglide Surgical Technologies, Inc. Accepted 2/14/05_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _2/14/05_

Signature of Server: _James E. Hartley_

Address of Server: _Holland & Hart LLP, Attorneys_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure