UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No: 05-CV-10229-REK <br> ) |
| LINK TECHNOLOGY, INC., d/b/a SILVERGLIDE SURGICAL TECHNOLOGIES, INC., | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### MOTION TO ADMIT JAMES E. HARTLEY AND CONOR F. FARLEY TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Scott A. McQuilkin, counsel to Link Technology, Inc., move that James E. Hartley and Conor F. Farley, both of Holland & Hart, LLP, 555 17th Street, Suite 3200, Denver, CO 80202, be admitted to appear and practice in this Court in the above-entitled case on behalf of Link Technology, Inc.

The grounds for this Motion, as also set forth in the Affidavits attached hereto as *Exhibits A* and *B* are:

1. Mr. Hartley and Mr. Farley are each admitted to practice before the highest court in the State of Colorado and the United States District Court for the District of Colorado.

2. Mr. Hartley and Mr. Farley are attorneys in good standing in every jurisdiction where they are admitted to practice, neither is subject to pending disciplinary proceedings as a member of the Bar in any jurisdiction, and both are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

3.      Mr. Hartley and Mr. Farley agree to submit to the jurisdiction of this Court and to comply with all ethics and procedural rules governing the practice of law before this Court.

4.      Link Technology is filing two checks of $50.00 each to cover the filing fees for the *pro hac vice* admission of Mr. Hartley and Mr. Farley.

Respectfully submitted,

LINK TECHNOLOGY, INC., d/b/a
SILVERGLIDE SURGICAL TECHNOLOGIES, INC.,

By its attorneys,

___/s/  Scott A. McQuilkin_____
Neil P. Motenko (BBO #358160)
Scott A. McQuilkin (BBO #643328)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
617-439-2000

**Dated: December 15, 2005**

**1486436.1**

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 05-CV-10229-REK |
| | ) |
| LINK TECHNOLOGY, INC., d/b/a | ) |
| SILVERGLIDE SURGICAL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF JAMES E. HARTLEY
### IN SUPPORT OF MOTION TO APPEAR AND PRACTICE *PRO HAC VICE*

I, James E. Hartley, hereby state under oath as follows:

1. I am an attorney admitted to practice before the highest court in the State of Colorado and in the United States District Court for the District of Colorado.

2. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 15th day of December, 2005

James E. Hartley

1486434.1

STATE OF COLORADO    )
                     ) ss.
City and County of Denver  )

    SUBSCRIBED AND SWORN to by James E. Hartley before me this 15th day of December, 2005.

[Notary stamp: DONNA M. FOUNTAIN / NOTARY PUBLIC / STATE OF COLORADO]

_____
Notary Public
My Commission Expires: 10/14/07

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., ) <br><br> Plaintiff, <br><br> v. <br><br> LINK TECHNOLOGY, INC., d/b/a <br> SILVERGLIDE SURGICAL TECHNOLOGIES, <br> INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-CV-10229-REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF CONOR F. FARLEY
### IN SUPPORT OF MOTION TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Conor F. Farley, hereby state under oath as follows:

1. I am an attorney admitted to practice before the highest court in the State of Colorado and in the United States District Court for the District of Colorado.

2. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 15th day of December, 2005

_____
Conor F. Farley

1486433.1

STATE OF COLORADO      )
                       ) ss.
City and County of Denver )

    SUBSCRIBED AND SWORN to by Conor F. Farley before me this 15th day of December, 2005.

*[Notary stamp: DONNA M. FOUNTAIN, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 10/14/2007]*

_____
Notary Public
My Commission Expires: 10/14/07