UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
**KIRWAN SURGICAL PRODUCTS, INC.,**  )
                                                    )
       **Plaintiff,**                          )
                                                    )Civil Action No:  05-CV-10229-REK
                                                    )
**LINK TECHNOLOGY, INC., d/b/a**     )
**SILVERGLIDE SURGICAL TECHNOLOGIES,**  )
**INC.,**                                         )
                                                    )
       **Defendant.**                        )
_____  )

## JOINT PRETRIAL SCHEDULE STATEMENT

In accordance with the Court's November 18, 2005 Order, plaintiff Kirwin Surgical Products, Inc. ("Kirwin") and defendant Link Technology, Inc. ("Link") submit this joint pretrial schedule statement.

Kirwin initiated this action in February 2005, alleging a copyright infringement claim, and related claims, against Link.  Both Kirwin and Link manufacture and sell electrosurgical forceps, and Kirwin alleges that Link's use of an image on a marketing brochure concerning electrosurgical forceps infringes certain copyright interests of Kirwin.  Link denies the substance of Kirwin's allegations, including Kirwin's assertion that Link's brochure violates Kirwin's protectable rights or interests.

The parties have conferred and reached agreement on the following pretrial schedule:

I.     DISCOVERY SCHEDULE

A.     *Fed. R. Civ. P. 26(a)(1) Disclosures*

The parties will serve initial disclosures by January 31, 2006.

B.  *Written Discovery and Depositions*

Written discovery – interrogatories, requests for production, requests for admissions – and depositions (including expert depositions) shall be completed by October 20, 2006.

C.  *Disclosure of Expert Testimony*

Disclosures required by Fed. R. Civ. P. 26(a)(2)(A) and (B) shall be made by July 21, 2006.  Disclosure of rebuttal testimony under Fed. R. Civ. P. 26(a)(2)(C) shall be made by August 25, 2006.

II.  DISCOVERY EVENT LIMITATIONS

The number of discovery events shall be limited in accordance with LR 26.1(C).

III.  MOTION SCHEDULE

Due date for any dispositive motion: filed and served by November 17, 2006.

There are no pending motions before the Court.  The parties therefore propose that the only substantive agenda item for the conference is the pretrial schedule set forth above.

The Rule 16.1 certifications of both parties are attached hereto as *Exhibits A* and *B*.

Respectfully submitted,

KIRWIN SURGICAL PRODUCTS, INC.,

By its attorneys,

  /s/ Thomas I. Elkind
Thomas I. Elkind (BBO #153080)
Erica Templeton Spencer (BBO #651967)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

- 3 -

>LINK TECHNOLOGY, INC., d/b/a
>SILVERGLIDE SURGICAL TECHNOLOGIES,
>INC.,
>
>By its attorneys,
>
>___/s/  Scott A. McQuilkin_____
>Neil P. Motenko (BBO #358160)
>Scott A. McQuilkin (BBO #643328)
>NUTTER, McCLENNEN & FISH, LLP
>World Trade Center West
>155 Seaport Boulevard
>Boston, MA  02210-2604
>(617) 439-2344

**Dated: December 16, 2005**

1488735.1

# EXHIBIT A

Case 1:05-cv-10229-REK   Document 9-2   Filed 12/16/2005   Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> LINK TECHNOLOGY, INC., d/b/a ) <br> SILVERGLIDE SURGICAL TECHNOLOGIES, ) <br> INC., ) <br> ) <br> *Defendant.* ) <br> ) | CIVIL ACTION NO. <br> 1:05-CV-10229-REK |

### CERTIFICATION REQUIRED BY LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D)(3), Plaintiff Kirwan Surgical Products, Inc. ("Kirwan") and its counsel hereby certify and affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

Signed under the pains and penalties of perjury this 16th day of December, 2005.

KIRWAN SURGICAL PRODUCTS, INC.,

By: _____
Scott A. Kirwan, Vice President

_____
Thomas I. Elkind (BBO #153080)
Erica Templeton Spencer (BBO # 651967)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

BOST_180863.1

# EXHIBIT B

Case 1:05-cv-10229-REK    Document 9-2    Filed 12/16/2005    Page 3 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRWAN SURGICAL PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 05-CV-10229-REK |
| | ) |
| LINK TECHNOLOGY, INC., d/b/a | ) |
| SILVERGLIDE SURGICAL TECHNOLOGIES, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### LINK TECHNOLOGY, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), defendant Link Technology, Inc. certifies that Link and the undersigned counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____        _____ 12/15/05
Conor F. Farley (*pro hac vice* application pending)        Link Technology, Inc.
HOLLAND & HART, LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303)295-8000

Submitted by:
/s/ Scott A. McQuilkin
Scott A. McQuilkin (BBO #643328)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2000