# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Kirwan Surgical Products

Plaintiff

v.                                     Civil Action No. 05-10229-REK

Link Technology

Defendant

## SETTLEMENT ORDER OF DISMISSAL

### KEETON, S.D.J.

The Court having been advised  by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan
_____

  12/19/05
   Date                                Karen P. Folan
                                       Deputy Clerk