UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10229-REK

**Kirwan Surgical Products, Inc.,**           )
                                              )
        **Plaintiff,**            )
                                              )
  vs.                                         )
                                              )
**Link Technology, Inc., d/b/a**              )
**Silerglide Surgical Technologies, Inc.,**   )
                                              )
        **Defendant.**           )
_____)

## STIPULATION OF DISMISSAL

The parties to the above-entitled action hereby stipulate that the action shall be dismissed without prejudice and without costs.

_____/s/ Thomas I. Elkind_____           _____/s/ Scott A. McQuilkin_____
**Thomas I, Elkind, BBO# 153080**                 **Neil P. Motenko, BBO# 358160**
**Foley & Lardner, LLP**                          **Scott A. McQuilkin, BBO# 643328**
**111 Huntington Avenue**                         **Nutter, McClennen & Fish, LLP**
**Boston, MA  02109**                             **World Trade Center West**
**(617) 342-4000**                                **155 Seaport Blvd.**
                                                  **Boston, MA  02210**
**Counsel for Plaintiff**                         **(617) 439-2000**

                                               **Counsel for Defendant**

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2006.

                                          _____/s/  Scott A. McQuilkin___
                                          **Scott A. McQuilkin**

1495056.1